IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

APR 2 4 2002

| | | |
|---|---|---|
| FREDERICK TRADING, LLC. | * | |
| a Virginia limited liability company, | | |
| 7950 Hawkins Creamery Road | * | |
| Laytonsville, Maryland 20882 | | |
| | * | |
| Plaintiff | | |
| | * | Civil Action No.: WMN 02-CV-799 |
| v. | | |
| | * | |
| ELDERSBURG BUILDING SUPPLY | | |
| COMPANY, a Maryland corporation, | * | |
| 502 Washington Avenue, 8th Floor | | |
| Baltimore, Maryland 21204 | * | |
| | | |
| Defendant | * | |

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

STIPULATION TO REMAND CASE TO STATE COURT
AND TO WITHDRAW MOTION FOR REMAND

Frederick Trading, LLC. ("Plaintiff"), by its undersigned attorney, and Eldersburg

Building Supply Company, Defendant, by its undersigned attorney, stipulate to remand

the case to State Court and Plaintiff withdraws the Motion for Remand and the claims

therein.

Respectfully submitted;

_Susan Berry Bloomfield_

Susan Berry Bloomfield
Federal Bar No.:
LERCH, EARLY & BREWER, CHTD.
3 Bethesda Metro Center, Suite 380
Bethesda, Maryland 20814
301-986-1300
Attorney for Plaintiff

_Stanford G. Gann, Jr._

Stanford G. Gann, Jr.
Federal Bar No.: 07680
LEVIN & GANN, P.A.
502 Washington Avenue, 8th Floor
Towson, Maryland 21204
410-321-0600
Attorney for Defendant



APPROVED " THIS 24th DAY OF 2002

UNITED STATES DISTRICT JUDGE